# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | No. 1:19-CV-2193 |
| Plaintiff | : | |
| | : | Judge Conner |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : | Electronically Filed Document |
| | : | |
| Defendants | : | |

## MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Commonwealth of Pennsylvania and Department of Human Services hereby move to dismiss the Amended Complaint against them, pursuant to Federal Rule of Civil Procedure 12(b)(6). A brief in support will be filed within the time requirements of Local Rule 7.5.

                               Respectfully submitted,

                               JOSH SHAPIRO
                               Attorney General

                By:   *s/ Caleb Curtis Enerson*
                               CALEB CURTIS ENERSON

**Office of Attorney General**       **Deputy Attorney General**
**15th Floor, Strawberry Square**   **Attorney ID 313832**
**Harrisburg, PA 17120**
**Phone: (717) 705-5774**         **KAREN M. ROMANO**
                                           **Chief Deputy Attorney General**
[cenerson@attorneygeneral.gov](mailto:cenerson@attorneygeneral.gov)    **Civil Litigation Section**

**Date: 19 August 2020**           **Counsel for Defendants**
                                          **Commonwealth of PA and DHS**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | No. 1:19-CV-2193 |
| Plaintiff | : | |
| | : | Judge Conner |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : | Electronically Filed Document |
| | : | |
| Defendants | : | |

## CERTIFICATE OF NON-CONCURRENCE

I contacted counsel for the Plaintiff via email regarding concurrence; Plaintiff does not concur with this motion.

      *s/ Caleb Curtis Enerson*
      **CALEB CURTIS ENERSON**
      Deputy Attorney General

## CERTIFICATE OF SERVICE

I, Caleb Curtis Enerson, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on the 19th day of August, 2020, I caused to be served a true and correct copy of the foregoing document to all counsel of record via ECF.

      *s/ Caleb Curtis Enerson*
      **CALEB CURTIS ENERSON**
      Deputy Attorney General

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE,** : | No. 1:19-CV-2193 |
| **Plaintiff** : | |
| : | **Judge Conner** |
| v. : | |
| : | |
| **COMMONWEALTH OF** : | **Electronically Filed Document** |
| **PENNSYLVANIA,** *et al.,* : | |
| **Defendants** : | |

## ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the MOTION TO DISMISS THE AMENDED COMPLAINT, and the response of the Plaintiff, if any, it is hereby ORDERED that the MOTION is GRANTED. Defendants Commonwealth of Pennsylvania and Department of Human Services are DISMISSED WITH PREJUDICE.

**Christopher C. Conner**
**United States District Judge**