

**B&R Services for Professionals Inc.**
235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

FED ID# 23-1867085

# INVOICE
Process Service

PAGE 1

Jaylon Blackford, Paralegal
Eric A. Shore Law Offices
Two Penn Center, Suite 1240
1500 J.F.K. Boulevard
Philadelphia, PA 19102
(215) 627-9999

John Doe
-VS-
Commonwealth of Pennsylvania, et al

Case #   1:19-CV-02193-SHR

**CUSTOMER REFERENCE NUMBER**

INVOICE DATE   08/25/2020
INVOICE NO     PS1138120
DUE DATE       09/24/2020

NET DUE   $145.85

**FOR SERVICES RENDERED**

AMOUNT

PS174143.01   Pennsylvania Employees Benefit Trust Fund   $135.00
SUMMONS AND FIRST AMENDED COMPLAINT

Civil Service - Printing & Download Charge   $10.85

TOTAL   $145.85
PREPAYMENT
NET DUE   $145.85

**WE ACCEPT CREDIT CARD PAYMENTS!**

TERMS: NET 30 Days - $7.50 Monthly Service Charge Added each month after 30 days
Kindly refer to Invoice Number to assure proper credit of your payment.

B&R Services for Prof, Inc
235 South 13th Street
Philadelphia, PA 19107
215-546-7400

Return this portion for proper credit.

NET DUE   $145.85

CUST ID
INVOICE NO      PS1138120
INVOICE DATE    08/25/2020
CASE ID         1:19-CV-02193-SHR

(215) 627-9999   Eric A. Shore Law Offices

John Doe
Commonwealth of Pennsylvania, et al




**B&R Services for Professionals Inc.**
235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of Professional Process Servers

John Doe

-VS-

Commonwealth of Pennsylvania, et al

**COURT** United States District Court
Middle District of Pennsylvania

**CASE NUMBER** 1:19-CV-02193-SHR

State of _Pennsylvania_
County of _Dauphin_

**AFFIDAVIT**

B&R Control # PS174143.01
Reference Number

---

**SERVICE INFORMATION**

On _8/7/2020_, we received the
**Summons and First Amended Complaint**
For service upon: **Pennsylvania Employees Benefit Trust Fund**
At _150 South 43rd Sreet, Harrisburg, PA 17111_

---

☐ **Served** Date _____ Time _____ Accepted By: _____
In the manner described below.
☐ Personally served.
☐ Adult in charge of residence, relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship.
☐ Manager/Clerk of place of residence lodging _____
☐ Agent or person in charge of office or usual place of business _____
☐ Other _____

**Description of Person** Age ___ Height ___ Weight ___ Race ___ Sex ___
Other ___

☒ **Not Served** Date _08/11/2020_ Time _11:30 AM_ ☐ Moved ☐ Unknown ☒ No Answer ☐ Vacant
☒ Other _The building is closed to the public due to the pandemic. The exterior doors are locked._

The Process Server, being duly sworn, deposes and says that the facts set forth herein are true and correct to the best of their knowledge, information and belief.

Process Server/Sheriff _Terry Bumgardner_

Client Phone (215) 627-9999

Sworn to and subscribed before me this _17th_ day of _August 2020_
Notary Public

Filed Date: 07/13/2020 BR Serve By: 08/21/2020

Jaylon Blackford, Paralegal
Eric A. Shore Law Offices
Two Penn Center, Suite 1240
1500 J.F.K. Boulevard
Philadelphia, PA 19102



Commonwealth of Pennsylvania - Notary Seal
John F. Shinkowsky, Notary Public
Dauphin County
My commission expires September 28, 2022
Commission number 1151303

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE<br>*Plaintiff*<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA, ET AL.<br>*Defendant* | Civil Action No.:<br>**1:19-CV-02193-SHR**<br>Hon. Sylvia H. Rambo |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    SEE COMPLAINT

    Pennsylvania Employees Benefit Trust Fund
    150 South 43rd Street
    Harrisburg, PA 17111

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Justin Frederick Robinette
    The Law Offices of Eric A. Shore, P.C.
    Two Penn Center
    1500 JFK Boulevard, Suite 1240
    Philadelphia, PA 19102

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



PETER J. WELSH
*CLERK OF COURT*

s/ - Maureen F. Walker
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2019-12-26 09:39:02.0, Clerk USDC MDPA

Civil Action No.: 1:19–CV–02193–SHR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Pennsylvania Employees Benefit Trust Fund__

was received by me on (date) __08/10/2020__.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☒ I returned the summons unexecuted because __the building is closed to the public due to the pandemic__ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

__08/17/2020__
Date

__[signature]__
Server's Signature

__Terry Bumgardner, Process Server__
Printed name and title

__4511 Jonestown Road, 2nd Floor
Harrisburg, PA 17109__
Server's Address

Additional information regarding attempted service, etc: