

COMMONWEALTH OF PENNSYLVANIA
## OFFICE OF Attorney General

JOSH SHAPIRO
ATTORNEY GENERAL

December 7, 2022

Civil Litigation Section
Strawberry Square, 14th Floor
Harrisburg, Pennsylvania 17120
Telephone: 717-775-5176
Email: dmcgannnon@attorneygeneral.gov

Honorable Christopher C. Conner
United States District Court for the Middle District of Pennsylvania
228 Walnut Street, P.O. Box 983
Harrisburg, Pa 17108

      Re:   *Doe v. Commonwealth of Pa., et al.*, Case No. 1:19-CV-2193
             Status Report Related to Settlement

Dear Judge Conner:

     I write on behalf of Defendant Commonwealth of Pennsylvania, Department of Human Services ("DHS") to provide an update on the status of settlement as requested by this Court's Order. (Doc. 129)

     The parties entered into a settlement agreement which was fully executed as of September 2, 2022. Thereafter, undersigned counsel submitted the settlement agreement and request for payment though the administrative channels at the Office of Attorney General ("OAG"). Commonwealth agencies may pay qualifying settlements through the Department of General Services' Bureau of Risk and Insurance Management ("BRIM") self-insurance program. The process requires approvals from the OAG, Office of General Council, and the agency prior to submission to BRIM. Defendant DHS's request for payment in this matter is currently with BRIM and Defendant DHS has requested that BRIM expedite payment, if possible.

     On Monday, December 5th, Plaintiff's counsel requested payment by Friday, December 9th and indicated an intention to file a Motion to Enforce the settlement agreement if payment is not received. While Defendant DHS understands Plaintiff's desire for payment, Defendant believes a motion to enforce the settlement agreement is unnecessary. Defendant has requested payment through the proper channels, and like Plaintiff, Defendant awaits BRIM, a non-party government agency, to complete its process and issue payment. Once the check is received by the OAG, it will promptly forward to Plaintiff as set forth in the Settlement Agreement.

.

Sincerely,

*s/ Daniel P. McGannon*

Daniel P. McGannon
Deputy Attorney General


CC: **Meredith Shippee, Esquire**
**Casey Ryan, Esquire**
**Heather Steele, Esquire**
**Brian Casal, Esquire**